# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

UNITED STATES OF AMERICA,    )
        )
        Plaintiff,    )
    v.    )      No. 4:23-cr-00405-SEP
        )
JAMEEL A. SPANN,    )
        )
        Defendant.    )

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Defendant's Motion to Suppress Evidence and Statements, Doc. [31], which was referred to United States Magistrate Judge Joseph S. Dueker for review pursuant to 28 U.S.C. § 636(b). Having reviewed the parties' briefing, Docs. [32], [34], [48], [49], [54], [55], and noting the absence of any objection to Judge Dueker's Report and Recommendation,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Joseph S. Dueker, Doc. [51], filed April 15, 2024, be and hereby is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence, Doc. [31], is **GRANTED** as to the magazine seized from the nightstand but in all other aspects is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Statements, Doc. [31], is **DENIED**.

**IT IS FINALLY ORDERED** that this matter is set for trial Monday, July 8, 2024, at 9:00 AM.

Dated this 12th day of June, 2024.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE